**Opinion issued January 29, 2026**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00856-CV

———————————

**SAFE WAY CARRIER, LLC, Appellant**

**V.**

**YURII PAVLICHKO, Appellee**

---

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Case No. 2025-15789**

---

## MEMORANDUM OPINION

Appellant's brief was due to be filed on November 13, 2025. On November 24, 2025, the Court issued a notice that the appeal might be dismissed unless appellant filed a brief or a motion for extension within 10 days of the date of the notice. Appellant did not respond to our notice.

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 42.3, 43.2(f). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Caughey, and Dokupil.